IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02361-REB-CBS

UNITED WESTERN BANK
fka MATRIX CAPITAL BANK a federal savings bank,
duly chartered and validly existing under the laws of the United States of America,

    Plaintiff and Counterclaim Defendant,

v.

NATIONAL CITY MORTGAGE COMPANY,

    Defendant and Counterclaim Plaintiff.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Stipulated Motion for Protective Order (*doc. no. 18)* is **GRANTED**. The proposed stipulated protective order (*doc. no. 18-2)* is accepted by the court.

    The parties are reminded that they will be required to comply fully with all provisions of D.C.COLOL.CIVR. 7.2, and particularly those provisions dealing with filing documents under seal.

**DATED:**    April 10, 2009