IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02361-REB-CBS

UNITED WESTERN BANK
fka MATRIX CAPITAL BANK a federal savings bank,
duly chartered and validly existing under the laws of the United States of America,

    Plaintiff and Counterclaim Defendant,

v.

NATIONAL CITY MORTGAGE COMPANY,

    Defendant and Counterclaim Plaintiff.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Motion to Withdraw Sean T. Olson as Co-Counsel of Record (*doc. # 26)* is GRANTED. Attorney Sean T. Olson is withdrawn as counsel of record in the above captioned matter. The Clerk of Court is instructed to terminate electronic notification and to remove him from the electronic certificate of mailing.

**DATED:**    June 24, 2009