**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 08-cv-02361-REB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:   September 23, 2009** | **Courtroom Deputy:**  Linda Kahoe |

UNITED WESTERN BANK,                              Julie J. Noonan

     Plaintiff/Counter Defendant,

     v.

NATIONAL CITY MORTGAGE COMPANY,     Julie M. Walker
                                                                           Megan Amanda Jones

     Defendant/Counter Claimant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:   8:59 a.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Plaintiff's Motion to File an Amended Complaint.  The court states the Rule 16(b) standard has not been satisfied.

Discussion regarding settlement.

Discussion regarding discovery issues.  The court states that the parties should continue with Rule 7.1A discussions.

For the reasons as stated on the record, it is:

ORDERED:   Plaintiff's Motion for Leave to File an Amended Complaint (doc #[32], filed 7/29/2009) is DENIED WITHOUT PREJUDICE.

ORDERED:   Unopposed Motion to File Under Seal Exhibits to Defendant's Response to Plaintiff's Motion for Leave to File an Amended Complaint (doc #[38], filed 8/18/2009) is GRANTED.

HEARING CONCLUDED.
**Court in recess**:          **9:39 a.m.**
Total time in court:     00:40

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.